# TEXAS COMMISSION ON LAW ENFORCEMENT

6330 E. Highway 290, STE. 200
Austin, Texas 78723-1035
Phone: (512) 936-7700
http://www.tcole.texas.gov

## PETITION TO CORRECT SEPARATION OF LICENSEE REPORT
### LICENSEE INFORMATION (Occupations Code 1701.4525)

**You Will Receive All Future Pleadings, Notices, and Correspondence In This Matter According to the Contact Information You Provide Below.**

| 1. First Name | 2. M.I. | 3. Last Name | 4. Suffix (Jr., etc.) |
|---|---|---|---|
| Roxanne | | Mathai | |

| 5. TCOLE PID | 6. Date of Birth | 7. Home or Permanent Mailing Address | 8. City |
|---|---|---|---|
| 409828 | 10/16/1974 | 14200 Vance Jackson #20202 | San Antonio |

| 9. State | 10. Zip Code | 11. Phone Number | 12. Email |
|---|---|---|---|
| Texas | 78249 | 210-887-2577 | roxmathai929498@gmail.com |

### AGENCY REPORTING SEPARATION

| 13. TCOLE Agency No. | 14. Agency Name | 15. Agency Address |
|---|---|---|
| 029100 | Bexar Co. Sheriff's Office | 200 North Comal Street, San Antonio, Texas 78207 |

**Petition must be filed within 30 days of receipt of your copy of the Separation of Licensee Report. You must attach a copy of the F-5 Report of Separation to this petition. Do not attach any other documents. You will have an opportunity to present additional documents or evidence at your hearing.**

16. Discharge designation (from separation report). __Dishonorably discharged__

17. Date of Separation (from separation report) __6/11/2021__   Date you received your copy: __3/9/2022__

18. Was a copy of the "Separation of Licensee" report sent to you within 7 business days of separation date?  ☐ Yes  ■ No

19. Please indicate the type of discharge you are seeking for correction on the separation report in the space below.

__Honorable discharge__

_____

I, the licensee identified above, attest that a copy of this petition, and any attached evidence was provided to agency administrator or designee within the time frame as required by Occupation Code §1701.4525(a) by the following method:

__Roland P. Schuler III, Chief Of Staff__
(Agency administrator or designee name)

Hand delivered on __N/A__                    Certified mail on __3/11/2022__
                   Date                                              Date

__Roxanne Mathai__          *[signature]*            __03/10/2022__
Licensee Name (type or print)      Signature              Date

**Exhibit 5**

**TEXAS COMMISSION ON LAW ENFORCEMENT**
6330 E. HIGHWAY 290, STE 200, AUSTIN, Texas 78723
Phone: (512) 936-7700
http://www.tcole.texas.gov/

## SEPARATION OF LICENSEE (F-5)
LICENSEE INFORMATION (Occupations Code 1701.452)
Non-refundable $35 fee for paper form. Money order, agency or cashier's check. (5541)

| 1. TCOLE PID | 2. Last Name | 3. First Name | 4. M. I. | 5. Suffix (Jr., etc.) |
|---|---|---|---|---|
|  | Mathai | Roxanne |  |  |

| 6. Date of Birth | 7. Home or Permanent Mailing Address | 8. City |
|---|---|---|
|  |  |  |

| 9. State | 10. Zip Code | 11. Phone Number | 12. Email |
|---|---|---|---|
|  |  |  |  |

**13. APPOINTMENT**

- [ ] Peace Officer
- [X] County/Contract Jailer
- [ ] Telecommunicator
- [ ] Medical Corporation P.O.
- [ ] Public Security Officer
- [ ] Reserve Officer (licensed reserve or conditional only)

| 14. TCOLE Agency Number | 15. Appointing Agency |
|---|---|
| 029100 | BEXAR CO. SHERIFF'S OFFICE |

**16. DESIGNATION OF SEPARATION:** (Check only one).
Report must be submitted not later than the seventh business day after the date the license holder:
(1) resigns, retires, or separates from the agency: or
(2) exhausts all administrative appeals available to the license holder if the license holder was terminated based on an allegation of misconduct. Occupations Code 1701.452.

17. Date Appointed:   8/27/2012           18. Date of Separation:   6/11/2021

- [ ] **Honorably Discharged**
  Retired, resigned, or separated from employment with or died while employed by a law enforcement agency while in good standing and not because of pending or final disciplinary actions or a documented performance problem.

- [ ] **General Discharge**
  (A) was terminated by, retired or resigned from, or died while employed by a law enforcement agency and the separation was related to a disciplinary investigation of conduct that is not included in the definition of dishonorably discharged; or
  (B) was terminated by or retired or resigned from a law enforcement agency and the separation was for a documented performance problem and was not because of a reduction in workforce or an at-will employment decision.

- [X] **Dishonorably Discharged**
  (A) was terminated by a law enforcement agency or retired or resigned in lieu of termination by the agency in relation to allegations of criminal misconduct; or
  (B) was terminated by a law enforcement agency or retired or resigned in lieu of termination by the agency for insubordination or untruthfulness.

**ATTENTION LICENSEE:**
To appeal this F-5 Report, you must complete and submit to TCOLE a "Petition to Correct" form within 30 days after receipt.
If this is your second dishonorable discharge on an F-5 Report, your license will be suspended upon TCOLE's receipt of this document. Failure to timely appeal a second dishonorable discharge with a petition to correct form will result in the revocation of your license.

19. I, chief administrator or designees, attest that this is a true and accurate explanation of the circumstances under which this person resigned or was terminated.

A copy of this F-5 was provided to the person as required by Occupations Code 1701.452, in 7 business days by:

- [ ] Hand delivery on _____ Date
- [X] Certified mail on   9/10/2021   Date

Roland P. Schuler III, Chief Of Staff
Agency Administrator or Designee (Type or Print)   Signature   8-30-2021   Date
Submitted by: cwcoffey

Separation of Licensee F-5, 2.4.2016                                                Page 1 of 1