UNITED STATES DISTRICT COURT

Western District of Texas

**AMENDED Alternative Dispute Resolution Summary**

FILED

APR 17 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ 
DEPUTY

1. Style of case: Roxanne Michele Mathai v. Bexar County, Texas and Javier Salazar, Individually

2. Civil action number: 5:22-cv-01355-XR

3. Nature of suit: Plaintiff alleges termination in violation of First Amendment Rights (Speech & Association) and 42 U.S.C. Sec. 1983.

4. Date of Mediation: March 22, 2024

5. When did the case settle?  ☐ Before ADR   ☒ In ADR   ☐ Did Not Settle

6. What was your total fee?  $ 3,000.00   or   ☐ Pro Bono

7. How was this Mediation initiated?   ☐ by court order   or   ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: Mark Anthony Sánchez, Esq.
Address: Sánchez & Wilson, PLLC
6243 IH-10 West, Suite 1025
San Antonio, TX 78201-2020
Phone: (210) 222-8899

Name:
Address:
Phone:

Name: Susan A. Bowen, Esq.
Address: Assistant Criminal District Attorney
Civil Division
101 W. Nueva, 4th Floor
San Antonio, TX 78205
Phone: (210) 335-2139

Name:
Address:
Phone:

9. Additional comments: _____

_____
O. (Oscar) Rene Diaz   SBN: 05804775
Signature of Neutral

1100 NE Loop 410, Suite 200
Address
San Antonio, TX 78209

April 15, 2024
Date

210-600-4488
Phone

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*

# Diaz Mediation & Arbitration Center
## Judge Rene Diaz*

\* Former Judge, 224th Judicial District Court, Bexar County, Texas

www.DiazMediation.com

---

April 15, 2024

Mr. Philip J. Devlin
Clerk, U.S. District Court, Western District of Texas
San Antonio Division
262 West Nueva Street, Room 1-400
San Antonio, TX 78207

ATTN: Natasha Martinez

RE: Case No. 5:22-cv-01355-XR; Roxanne Michele Mathai v. Bexar County, Texas and Javier Salazar, Individually; In the United States District Court for the Western District of Texas, San Antonio Division

Dear Ms. Martinez:

I apologize, the first Alternative Dispute Resolution Summary (ADR) Form had an incorrect cause number.

Enclosed please find two (2) copies plus an additional copy of the AMENDED Alternative Dispute Resolution Summary (ADR) Form in the above referenced matter for the Full Day Mediation that occurred on March 22, 2024. I am pleased to report that this case settled on April 12, 2024.

Please file the two copies as indicated on the bottom line of the form and return a **file stamped copy** of the Amended ADR Summary form back to our Firm in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter. Please contact the undersigned if you have any questions.

Sincerely,

By: _____
O. (OSCAR) RENE DIAZ, Mediator

Encl. (as stated)

---

O. RENE DIAZ
Former Judge 224th Dist. Ct.
Bilingual Mediator / Arbitrator
Email: judge@diazmediation.com
Website: www.DiazMediation.com

TETCO Center Building
1100 N.E. Loop 410, Ste. 200
San Antonio, Texas 78209
Phone: 210-600-4488
Fax: 210-600-4489


**DIAZ MEDIATION & ARBITRATION CENTER**

www.DiazMediation.com

Page 2 of 2

cc: **Attorney for Plaintiff, Roxanne Mathai**
Mark Anthony Sánchez, Esq.    Via E-Mail: mas@sanchezwilson.com
Sánchez & Wilson, PLLC
6243 IH-10 West, Suite 1025
San Antonio Texas 78201-2020
P: (210) 222-8899

**Attorney for Defendants, Bexar County, et al**
Susan A. Bowen, Esq.    Via E-Mail: sbowen@bexar.org
Assistant Criminal District Attorney
Civil Division
101 W. Nueva, 4th Floor
San Antonio, Texas 78205
P: (210) 335-2139

O. RENE DIAZ
Former Judge 224th Dist. Ct.
Bilingual Mediator / Arbitrator
Email: judge@diazmediation.com
Website: www.DiazMediation.com

TETCO Center Building
1100 N.E. Loop 410, Ste. 200
San Antonio, Texas 78209
Phone: 210-600-4488
Fax: 210-600-4489

Rene Diaz, P.C.
Attorney at Law
1100 NE Loop 410, Suite 200
San Antonio, TX 78209

RECEIVED
APR 17 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
    DEPUTY CLERK

SAN ANTONIO TX 780
15 APR 2024 PM 3 L



Mr. Philip J. Devlin
Clerk, U.S. District Court, Western District of Texas
San Antonio Division
262 West Nueva Street, Room 1-400
San Antonio, TX 78207

ATTN: Natasha Martinez

78207-453150

$0.88 0
US POSTAGE
FIRST-CLASS
062S0008491771
FROM 78209
B92373.12