IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROXANNE MICHELE MATHAI,<br>*Plaintiff*<br><br>-vs-<br><br>BEXAR COUNTY, TEXAS, JAVIER SALAZAR,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-22-CV-01355-XR |

## SETTLEMENT ORDER

The mediator informed the Court that the parties have reached a settlement in this matter. ECF No. 43. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **May 23, 2024**. *See* FED. R. CIV. P. 41. **Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.**

Plaintiff's pending motion for summary judgment (ECF No. 31) is hereby **DISMISSED AS MOOT** without prejudice to refiling, as needed.

It is so **ORDERED**.

**SIGNED** this 23rd day of April, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE