IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROXANNE MICHELE MATHAI,<br>　　　Plaintiff, | § § § § § | |
| vs. | § § | CIVIL ACTION NO. 5:22-CV-01355-XR<br>**JURY DEMAND** |
| | § § | |
| BEXAR COUNTY, TEXAS; and<br>JAVIER SALAZAR, INDIVIDUALLY,<br>　　　Defendants. | § § § | |

## PLAINTIFF'S STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PLAINTIFF ROXANNE MICHELE MATHAI, by and through her undersigned attorneys of record, and, in accordance with FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii), files this, her Stipulation of Dismissal signed by all parties who have appeared. For cause of action, Ms. Mathai would show the following:

**I.**

Ms. Mathai moves that the Court, pursuant to Rule 41(a)(1)(A)(ii), dismiss the instant cause of action against DEFENDANTS BEXAR COUNTY, TEXAS and JAVIER SALAZAR, INDIVIDUALLY, with prejudice.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF ROXANNE MICHELE MATHAI respectfully prays that the Court grant her Stipulation of Dismissal.

Respectfully submitted,

SÁNCHEZ & WILSON, P.L.L.C.
www.SanchezWilson.com
MARK ANTHONY SÁNCHEZ, ESQ.
6243 IH-10 West, Suite 1025
San Antonio, Texas 78201
(210) 222-8899
(210) 222-9526 (TELECOPIER)
mas@sanchezwilson.com
ATTORNEYS FOR PLAINTIFF

By: /s/ Mark Anthony Sánchez
     MARK ANTHONY SÁNCHEZ, ESQ.
     TEXAS STATE BAR NO. 00795857

and

     JOE D. GONZALES
     Bexar County Criminal District Attorney

By:  /S/ *Susan A. Bowen*
     SUSAN A. BOWEN
     State Bar No. 02725950 Assistant District Attorney
     101 W. Nueva, 7th Floor
     San Antonio, Texas 78205
     Telephone: (210) 335-2147
     Telecopier: (210) 335-2773
     Attorney for Bexar County

By: /s/ Robert W. Piatt III
Robert William Piatt III
Bar No. 24041692
Assistant District Attorney, Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-0785
Fax: (210) 335-2773
robert.piatt@bexar.org

NOTICE OF ELECTRONIC FILING

   The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on the 7th day of May 2024.

/s/ Mark Anthony Sánchez
MARK ANTHONY SANCHEZ, ESQ.

G:\My Files\1-Sanchez\Mathai, Roxanne\Pleadings\Stipulation - Dismiss.doc