IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROXANNE MICHELE MATHAI, <br> *Plaintiff* <br><br> -vs- <br><br> BEXAR COUNTY, TEXAS, JAVIER SALAZAR, <br> *Defendants* | § § § § § § § § § | SA-22-CV-01355-XR |

## ORDER

On this date, the Court considered the parties' Notice of Voluntary Dismissal pursuant to Fed. R. Civ. Proc. 41(a). ECF No. 45. Rule 41(a)(1) provides that a party may dismiss an action by filing either (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or (ii) a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. Proc. 41(a)(1)(A). Because the parties filed a stipulation of dismissal signed by all parties who have appeared, dismissal under 41(a)(1)(A) is appropriate.

Accordingly, the Clerk is **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** this 8th day of May, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE