IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROXANNE MICHELE MATHAI,<br>*Plaintiff*<br><br>-vs-<br><br>BEXAR COUNTY, TEXAS, JAVIER SALAZAR,<br>*Defendants* | § § § § § § § § § | SA-22-CV-01355-XR |

**FINAL JUDGEMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Roxanne Michele Mathai shall take nothing by their claims against Defendants Bexar County, Texas and Javier Salazar, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 8th day of May, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE